## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-4157-CV-C-NKL |
| | ) | |
| JANET E. AKREMI, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

Upon plaintiff's motion for an entry of a default judgment against Janet E. Akremi and in favor of plaintiff, an Order was entered by this Court directing the defendant to explain in writing why plaintiff's motion for default judgment should not be granted. Defendant has failed to respond in writing as ordered. Therefore, it is

ORDERED that a default judgment is hereby entered against defendant and in favor of plaintiff in the principal sum of $115,282.00, plus accrued interest of $186,449.31 to August 1, 2005, with interest at the rate of 9% per annum on the principal sum after August 1, 2005, to the date of judgment; with interest accruing on the total amount at the statutory rate, as provided by 28 U.S.C. § 1961(b) from the date of this judgment, together with plaintiff's costs in the amount of $270.00, as allowed pursuant to 28 U.S.C. §§ 1914(a), 1920, 1923 and 2412(a)(2).

   s/  NANETTE  K.  LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated:  September 7, 2005